# EXHIBIT 1

**TURKISH EMBASSY**
WASHINGTON, D.C.

Z-2023/95505191/36880775 -

The Embassy of the Republic of Türkiye presents its compliments to the U.S. Department of Justice and has the honor to enclose herewith documents, transmitted by the Turkish Ministry of Justice on behalf of the 30th Labor Court of İstanbul, Anadolu ( No:2023/396), seeking judicial assistance in the case involving "X Crop."

The said court requests to receive the information mentioned in the attached letter rogatory. The Department of Justice is kindly requested to intercede with the appropriate U.S. Authorities in order to enable the provision of the aforementioned judicial assistance.

The Embassy of the Republic of Türkiye avails itself of this opportunity to renew to the U.S. Department of Justice the assurances of its highest consideration.


November 08, 2023

U.S. Department of Justice
Office of Foreign Litigation
Office of International Judicial Assistance
(Katerina V. Ossenova)
1100 L Street, NW, Room 8102
Washington, D.C. 20530

NOV 21 2023

CIV 189-25-24-13

ADDITION:1 (ENGLISH)

## LETTERS ROGATORY

1. **Name and address of the requesting authority:** ISTANBUL ANATOLIAN
30TH LABOR COURT
Esentepe District E-5 Sought Sideline
Road No:39 34865 Kartal/ISTANBUL

File No: 2023-396 Base

2. **Name and address of the requested authority:** U.S. DEPARTMENT OF JUSTICE
CİVİL DİVİSİON OFFİCE OF INTERNATIONAL JUDİCİAL ASSİSTANCE
Benjamin Franklin Station P.O. Box 14360 Washington, D.C. 20004 United States of America

3. **Names, nationalities and addresses of the parties to the lawsuit:**

   **LITIGANT:** RAMAZAN SİLAH–Turkish Rebuplic ID No: 18476226466
   **Adress:** Demirtas Cumhuriyet District Demirtas Osmangazi Street No:43
   Apt.No: 9 Osmangazi/BURSA

   **DEFENDANT:** TURKEY HALKBANK JOINT-STOCK COMPANY
   **Adress:** Barbaros District Shebboy Street No:4/1 Ataşehir/ISTANBUL

4. **Names and addresses of legal representatives, if any:**

   **PLAINTIFF ATTORNEY:**
   Lawyer İDRİS TEVFİK GÜLEÇ
   [16665-66752-32399] NENS
   Lawyer ZEYNEP KUTUROĞLU
   [16881-88088-72702] NENS

   **DEFENDANT'S ATTORNEY:**
   Lawyer EDA KOCA
   [35773-03779-12150] NENS

\* National Electronic Notification System (NENS)

5. **The nature of the case that requires the provision of the requested evidence, all the information that needs to be given regarding this issue:**

On the basis of the "Detection (Reinstatement Request)" case pending in our court; the plaintiff Ramazan Silah's employment contract was terminated by the defendant company on the grounds that he humiliated the defendant Turkey Halkbank Joınt-Stock Company due to his posts on the social media platform called Twitter during the pandemic period. Thereupon, the plaintiff Ramazan Silah applied to our court and filed a lawsuit for reinstatement. The issue of investigating the e-mail address, telephone number registered to the Twitter user account, and the IP number used when the posts were made regarding the posts of the plaintiff Ramazan Silah on his Twitter social media account under the username "devilishsaturn", which caused the termination of his employment contract, has been investigated.

6. **Place and date of the hearing:**

**7. The nature of the request for an appeal:**

As the basis for the "Detection (Reinstatement Request)" case pending in our court; plaintiff Ramazan Silah's e-mail address, telephone number that registered to his twitter user account, under the username "devilishsaturn" on his social media account called Twitter, regarding his posts clearly stated below, which caused the termination of his employment contract, and the IP number used when the posts were made, were asked from X Crop company. We kindly request your assistance in sending the relevant documents to our court and thank you in advance for your assistance.

with username "devilishsaturn";

- In his tweet dated 10.10.2021 at 23:42 "Halkbank is **committing a fascist practice by forcing its staff** to take the PCR test that its customers do not want. I have been resisting against this fascist practice for 29 days. My paid leave ends next month, after which they put me on unpaid leave and put **financial pressure and threats on me.**"

- In his tweet dated 17.10.2021 at 02:52 "Let Halkbank hear this news. They have been usurping my right to work with bullying for exactly 35 days."

- In his tweet dated 17.10.2021 at 02:54 " Halkbank has been usurping my right to work for 35 days and is threatening to put me on unpaid leave on November 4th. This news is exactly what such tyrannical companies should read."

**8. Names, nationalities and addresses of the people whose testimony will be requested:**

      Name: X Crop (Twitter, Inc)
      Adress: 1355 Market Street, Suite 900 San Francisco, California 94103
            United States of America

**9. Questions to be asked to the people whose statements will be taken:**

**10. Documents requested to be examined, real estate or other personal property:**

**11. Whether information about the date and place of the letter of rogatory is requested in order to ensure that the interested parties are present in the letter of rogator**

**12. Other judicial proceedings required to be carried out:**

**13. Taking the statement under oath or by affidavit and any special procedural request to be used:**

**14. Any particular method or procedure:**

**15. Additions:**

                                      Atike ÇAKMAK – 195851
                                    ISTANBUL ANATOLIAN
                                30ᵀᴴ LABOR COURT JUDGE
                                        11/09/2023

EK:1(İNGİLİZCE)

## İSTİNABE TALEPNAMESİ
*Letter of Request*

1. Talep eden makamın adı ve adresi : **İSTANBUL ANADOLU 30.İŞ MAHKEMESİ**
ESENTEPE MAHALLESİ E-5 GÜNEY YANYOL CADDESİ
NO:39 34865 KARTAL/İSTANBUL DOSYA NO:2023-396 ESAS

2. Talep edilen makamın adı ve adresi: **AMERİKA BİRLEŞİK DEVLETİ YETKİLİ ADLİ MAKAMINA**
U.S. Department of Justice Civil Division Office of International Judicial Assistance Benjamin Franklin Station P.O. Box 14360 Washington, D.C. 20004 United States of America

3. Dava taraflarının isim, uyrukluk ve adresleri:

**DAVACI:**
RAMAZAN SİLAH - 18476226466 - Demirtaş Cumhuriyet Mah. Demirtaş Osmangazi Cad. No:43 İç Kapı No:9 Osmangazi/BURSA

**DAVALI**
TÜRKİYE HALK BANKASI ANONİM ŞİRKETİ - Barbaros Mahallesi Şebboy Sokak No:4/1 Ataşehir/İSTANBUL

4. Eğer varsa yasal temsilcilerinin isim ve adresleri :

**DAVACI VEKİLİ:**
Av. İDRİS TEVFİK GÜLEÇ
- [16665-66752-32399] UETS
Av. ZEYNEP KUTUROĞLU
- [16881-88088-72702] UETS

**DAVALI VEKİLİ:**
Av. EDA KOCA -
[35773 - 03779 - 12150] UETS

5. Talep konusu delilin sağlanmasını gerekli kılan davanın niteliği, bu konuyla ilgili verilmesi gerekli bütün bilgiler :

Mahkememizde görülmekte olan "Tespit (İşe İade İstemli)" davasına esas olmak üzere; davacı Ramazan Silah'ın pandemi döneminde twitter adlı sosyal medya platformu üzerinden yapmış olduğu paylaşımları nedeniyle davalı Türkiye Halk Bankası Anonim Şirketi'ni küçük düşürdüğü gerekçesi ile davalı şirket tarafından iş akdine son verilmiştir. Bunun üzerine davacı Ramazan Silah mahkememize başvurarak işe iade davası açmıştır. Davacı Ramazan Silah'ın twitter adlı sosyal medya hesabında "devilishsaturn" kullanıcı adıyla, iş akdinin fesih olmasına sebep olan paylaşımlarına ilişkin twitter kullanıcı hesabına kayıtlı e-posta adres, telefon numarası ayrıca paylaşımların yapıldığı sırada kullanılan IP numarasının araştırılması hususu hasıl olmuştur.

6. Duruşmanın yeri ve tarihi :

7. İstinabe talebinin niteliği :

Mahkememizde görülmekte olan "Tespit (işe İade İstemli)" davasına esas olmak üzere;
davacı Ramazan Silah'ın twitter adlı sosyal medya hesabında "devilishsaturn" kullanıcı adıyla, iş akdinin fesih olmasına sebep olan aşağıda açıkça yer alan paylaşımlarına ilişkin twitter kullanıcı hesabına kayıtlı e-posta adres, telefon numarası ayrıca paylaşımların yapıldığı sırada kullanılan IP numarasının X Crop şirketinden sorularak ilgili belgelerin mahkememize gönderilmesi hususundaki yardımlarınız rica eder ve yardımlarınız için şimdiden teşekkür ederiz.

"devilishsaturn" kullanıcı kodu ile;

-10.10.2021 tarih 23:42 saatli tweetinde "Halkbank müşterilerinden istemediği pcr testini personeline **zorla yaptırarak faşist bir uygulama yapmaktadır**. Bu faşist uygulamaya karşı 29 gündür direniyorum. Ücretli iznim öteki ay bitiyor ondan sonra ücretsiz izne çıkararak maddi olarak da **baskı ve tehditte bulunuyorlar**."

-17.10.2021 tarih 02:52 saatli tweetinde "Halkbankası duysun bu haberi. **Zorbalıkla çalışma hakkımı gasp ediyorlar** tam 35 gündür."

-17.10.2021 tarih 02:54 saatli tweetinde "**Halkbankası 35 gündür çalışma hakkımı gasp ediyor** ve 4 kasımda ücretsiz izne çıkarmakla tehdit ediyor. Bu haberi tam böyle zorba

**8. İfadesine başvurulacak kişilerin isim, uyrukluk ve adresleri :**

Adı: X Crop (Twitter, Inc)
Adres: 1355 Market Street, Suite 900 San Francisco, Kaliforniya 94103 Amerika Birleşik Devletleri

**9. İfadesine başvurulacak kişilere yöneltilecek sorular :**

**10. İncelenmesi istenen belgeler, taşınmaz veya kişisel diğer mal varlığı :**
*The documents or other property, real or personal, to be inspected :* ...............................

**11. İstinabe işleminde ilgililerin hazır bulunmasını sağlamak üzere istinabenin tarihi ve yeri konusunda bilgi istenip istenmediği:**
*Request for notification of the time and place for the execution of the request (Art 7):* ...............................

**12. Yerine getirilmesi istenen diğer adli işlemler :**
*The other judicial acts to be executed :* ...............................

**13. İfadenin yeminle veya onaylanmak suretiyle alınması ve kullanılacak herhangi bir özel usule ilişkin talep :**

**14. Herhangi bir özel yöntem veya usul :**
*Any special method or procedure to be followed:* ...............................

**15. Ekler:**

11/09/2023
Atike ÇAKMAK - 195881
İSTANBUL ANADOLU
30. İŞ MAHKEMESİ HAKİMİ