EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

---

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE 30TH
LABOR COURT OF ISTANBUL,
ANADOLU, TÜRKIYE IN THE
MATTER OF RAMAZAN SILAH V.
TURKEY HALKBANK JOINT-STOCK
COMPANY

Case No. 1:24MC01574

_____ /

## COMMISSIONER'S SUBPOENA

To:   X Corporation
      865 FM 1209
      Bldg 2
      Bastrop, TX 78602-3227

I, Krysta M. Stanford, a Trial Attorney for the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance, acting under the authority of Title 28, United States Code, Section 1782, for the purpose of rendering judicial assistance to Türkiye, command that you provide to me evidence for use in a civil lawsuit in the 30th Labor Court of Istanbul, Anadolu, Türkiye, in *Ramazan Silah v. Turkey Halkbank Joint-Stock Company*, Foreign Reference Number 2023/396, said evidence being:

- User record information associated with an X Corp. account with the username "devilishsaturn" (the "Account") — specifically, the email address and telephone number associated with the Account, and the IP addresses for the following three posts by the Account:
    - **October 10, 2021 at 11:42 p.m.:** "Halkbank is committing a fascist practice by forcing its staff to take the PCR test that its customers do not want. I have been resisting against this fascist practice for 29 days. My paid leave ends next month, after which they put me on unpaid leave and put financial pressure and threats on me."
    - **October 17, 2021 at 2:52 a.m.:** "Let Halkbank hear this news. They have been usurping my right to work with bullying for exactly 35 days."

- **October 17, 2021 at 2:54 a.m.:** "Halkbank has been usurping my right to work for 35 days and is threatening to put me on unpaid leave on November 4th. This news is exactly what such tyrannical companies should read."

If you cannot produce a requested document (including, *inter alia*, because the document has been lost or destroyed), please provide the facts you rely upon in support of your contention that you cannot do so. To the extent a document is not produced because of an assertion of privilege, please state the specific privilege relied upon. If you object to producing only part of a requested document, please produce that portion of the document you do not object to producing and indicate what portion you have withheld based on an assertion of privilege.

Please produce the requested information in response to the Turkish Court's Letter of Request by email to me at Krysta.M.Stanford@usdoj.gov or by mail at the address set forth below no later than _____ (date).

**Krysta M. Stanford**
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street, NW, Room 8024
Washington, D.C. 20530

Please note that if you anticipate any charges for these records, please contact me prior to mailing so that we can confirm the charges and the availability of funds.

For failure to provide said evidence, you may be deemed guilty of contempt and liable to penalties under the law. The recipient of the attached subpoena may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with the Court.

Dated this _____ day of _____ 2025.

                                                _____

KRYSTA M. STANFORD, Commissioner
Trial Attorney
United States Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street NW, Room 8024
Washington, DC 20530
Telephone: 202-353-2148
Email: Krysta.M.Stanford@usdoj.gov